| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ROCKY COTTRELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-CR-00021-DAD-BAM |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE TRIAL DATE; |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ROCKY COTTRELL, | ) | DATE: March 26, 2019 |
| | ) | TIME: 8:30 a.m. |
| *Defendant*. | ) | JUDGE: Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for Defendant Rocky Cottrell, that **the trial set for December 11, 2018 at 8:30 a.m., may be continued to March 26, 2019 at 8:30 a.m. Trial confirmation may be set for March 4, 2019 at 10:00 a.m.**

The defense proposes this stipulation based on the unavailability of its forensic expert for trial until February 20, 2019. Counsel were informed by the Court's Clerk that the Court is not available on the February 20, 2019 date. The next date that the Court is available is March 26, 2019. The defense expert is also available that date.

The parties agree that this resetting is necessary in order to provide the defendant with the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Based on the foregoing the parties agree that the ends of justice served by resetting

the trial date outweigh the best interests of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated:  November 16, 2018     MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Michael G. Tierney*
                              MICHAEL G. TIERNEY
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated:  November 16, 2018     HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Victor M. Chavez*
                              VICTOR M. CHAVEZ
                              Assistant Federal Defender
                              Attorneys for Defendant
                              ROCKY COTTRELL

# **O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Rocky Cottrell currently set for November 26, 2018, is continued to **March 4, 2019, at 10:00 a.m.** The jury trial currently set for December 11, 2018, is continued to **March 26, 2019, at 8:30 a.m.** Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 16, 2018**                    *Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE