| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ROCKY COTTRELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-CR-00021-DAD-BAM |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO MODIFY CONDITIONS |
| | ) | OF PRETRIAL RELEASE; ORDER THEREON |
| vs. | ) | |
| | ) | |
| ROCKY COTTRELL, | ) | |
| | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the conditions of pretrial release previously set for Rocky Cottrell may be modified as follows:

1. Pretrial Services is authorized to permit Mr. Cottrell to attend his appointment at Department of Motor Vehicles, 655 W. Olive Avenue, Fresno, CA 93728 on May 2, 2019 at 2:00 p.m.  Pretrial Services Officer, Darryl Walker shall supervise and direct Mr. Cottrell's absence from his residence on that date as necessary to attend his appointment.

///

///

///

///

The parties have conferred with Mr. Cottrell's Pretrial Services Officer, Darryl Walker. Mr. Walker is in agreement with this modification and the parties so stipulate.

Dated: April 15, 2019
MCGREGOR W. SCOTT
United States Attorney

*/s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Dated: April 15, 2019
HEATHER E. WILLIAMS
Federal Defender

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
ROCKY COTTRELL

**O R D E R**

IT IS SO ORDERED.

Dated: **April 15, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE