HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ROCKY COTTRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-cr-00021-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| ROCKY COTTRELL, | DATE: September 30, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for August 28, 2019, may be continued to September 30, 2019, at 10:00 a.m. The defense has proposed this stipulation in order to complete its preparation for sentencing. The dates for objections will be adjusted in accordance with Local Rule 460, Local Rules of the United States District Court, Eastern District of California.

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: August 2, 2019  By  /s/ *Michael G. Tierney*
MICHAEL G. TIERNEY
LAURA WITHERS
Assistant United States Attorneys
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: August 2, 2019  By  /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
ROCKY COTTRELL

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for August 28, 2019, is continued until September 30, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 2, 2019**

UNITED STATES DISTRICT JUDGE