| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender |
| | VICTOR M. CHAVEZ, Bar #113752 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

Counsel for Defendant
ROCKY COTTRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-cr-00021-DAD-BAM |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; |
| v. | ) | ORDER |
| | ) | |
| ROCKY COTTRELL, | ) | DATE: November 4, 2019 |
| | ) | TIME: 10:00 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Dale A. Drozd |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for September 30, 2019, may be continued to November 4, 2019, at 10:00 a.m. The defense requests this continuance due to an unexpected trial and scheduled leave. The dates for objections will be adjusted in accordance with Local Rule 460, Local Rules of the United States District Court, Eastern District of California.

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT  
United States Attorney

DATED: August 29, 2019      By      /s/ *Michael G. Tierney*  
MICHAEL G. TIERNEY  
LAURA WITHERS  
Assistant United States Attorneys  
Attorney for Plaintiff

HEATHER E. WILLIAMS  
Federal Defender

DATED: August 29, 2019      By      /s/ *Victor M. Chavez*  
VICTOR M. CHAVEZ  
Assistant Federal Defender  
Attorney for Defendant  
ROCKY COTTRELL

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 30, 2019, is continued until November 4, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 30, 2019**

UNITED STATES DISTRICT JUDGE