IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-CR-00021-DAD |
| Plaintiff, | )<br>)<br>) | **O R D E R<br>WITHDRAWING THE FEDERAL<br>DEFENDER AS COUNSEL,<br>APPOINTING AD HOC CJA COUNSEL** |
| vs. | ) | |
| ROCKY COTTRELL<br>Defendant. | )<br>)<br>)<br>) | |

Upon Defendant's motion and consent, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective October 1, 2019, withdrawing the Federal Defender as counsel and appointing Victor M. Chavez as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 582, § X(C).

IT IS SO ORDERED.

Dated: __**October 1, 2019**__   _____
UNITED STATES DISTRICT JUDGE

1