VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
1095 North Fulton Street
Fresno, CA 93728
Telephone: 559-824-6293

Attorney for Defendant
ROCKY COTTRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00021-DAD-BAM |
|---|---|
| *Plaintiff,* | **STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER** |
| vs. | DATE: **December 9, 2019** |
| ROCKY COTTRELL, | TIME: **10:00 A.M.** |
| *Defendant.* | JUDGE: **Hon. Dale A. Drozd** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing now set for November 4, 2019, may be continued to December 9, 2019, at 10:00 a.m.

The defense proposes this stipulation in order to complete its preparation for sentencing. Since defense counsel's retirement from the Office of the Federal Defender, he has established his new office and focused primarily on two federal cases that are presently set for jury trial on November 13, and November 19, 2019. The dates for objections will be adjusted in accordance with Local Rule 460, Local Rules of the United States District Court, Eastern District of California.

*///*

*///*

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 11, 2019         */s/ Michael G. Tierney*
                                MICHAEL G. TIERNEY
                                LAURA WITHERS
                                Assistant United States Attorneys
                                Attorneys for Plaintiff


DATED: October 11, 2019

                                */s/ Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Attorney at Law
                                Attorney for Defendant
                                ROCKY COTTRELL

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for November 4, 2019, is continued to December 9, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 11, 2019**         _Dale A. Drozd_
                                     UNITED STATES DISTRICT JUDGE

COTTRELL – Stipulation to Continue Sentencing     -2-
Hearing Date; Proposed Order