McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
LAURA D. WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00021-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ROCKY COTTRELL, | |
| Defendant. | |

WHEREAS, on November 25, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Rocky Cottrell in the following property;

        a.  Samsung Galaxy S7, seized from defendant by law enforcement on or about august 9, 2016; and,

        b.  Samsung Galaxy S4, seized from defendant by law enforcement on or about August 9, 2016.

AND WHEREAS, beginning on November 26, 2019, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in

1

the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.　　A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Rocky Cottrell.

2.　　All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.　　The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:　__**January 27, 2020**__　　　　　_____
UNITED STATES DISTRICT JUDGE